```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-CR-0352 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| LORRAINE EGGEMEYER | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from September 26, 2011 to November 21, 2011 at 8:30 a.m. They stipulate that the time between September 23, 2011 and November 21, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time for further examination of possible defenses, further client consultation concerning available courses of action, review of discovery and

1

further negotiations with the government in an attempt to resolve the matter.  Certain aspects of the safety valve provision of the guidelines remain unsatisfied and the defense needs additional time to meet these requirements.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: September 22, 2011      By:   /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

DATE: September 22, 2011             /s/ Dina Santos
                                    DINA SANTOS
                                    Attorney for Defendant
                                    Eggemeyer

**SO ORDERED.**

DATE:   September 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE