1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   LORRAINE EGGEMEYER
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,     ) No. CRS 10-352 WBS
                                 )
13            Plaintiff,         )
                                 ) STIPULATION AND ORDER VACATING
14    v.                         ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
15 LORRAINE EGGEMEYER,           )
                                 )
16            Defendant.         ) Date:  December 5, 2011
                                 ) Time:  8:30 a.m.
17 _____) Judge: Hon. Shub

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney HEIKO COPPOLA, Counsel for Plaintiff, and Attorney Dina L.

21 Santos, Counsel for Defendant LORRAINE EGGEMEYER, that the status

22 conference scheduled for November 21, 2011, be vacated and the matter

23 be continued to this Court's criminal calendar on December 5, 2011, at

24 9:30 a.m., for further status.

25     This continuance is requested by the defense in order to permit a

26 new attorney to enter the case due to a recent legal conflict that has

27 arisen, for the new Counsel to prepare for Ms. Eggemeyer's defense and

28 negotiate an acceptable plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that all have agreed to the December 5, 2011 date, and that Mr. Coppola has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: November 16, 2011   /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
LORRAINE EGGEMEYER

Dated: November 16, 2011   /s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: November 17, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE