CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  (916) 446-9322
FAX:  (916) 446-0770

Attorney for LORRAINE EGGEMEYER,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LORRAINE EGGEMEYER,<br><br>  Defendant. | No. CR.S-10-352-WBS<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the conditions of pretrial release imposed on defendant Lorraine Eggemeyer on August 10, 2010, by The Honorable Dale A. Drozd, United States Magistrate Judge, shall be modified to include the following, additional condition as requested by the Pretrial Services Officer:

> You shall participate in a cognitive behavior treatment program as directed by the Pretrial Services Officer.  Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services Officer.

Dated:  December 9, 2011                                         */s/ Candace A. Fry*

                                                            CANDACE A. FRY, Attorney for

-1-

LORRAINE EGGEMEYER, Defendant

Dated: December 9, 2011

BENJAMIN WAGNER
United States Attorney

By  /s/ Candace A. Fry for
HEIKO P. COPPOLA, Assistant
United States Attorney

(Signed for Mr. Coppola with
his prior authorization)

**O R D E R**

IT IS SO ORDERED.

Dated: December 12, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE